# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANGELA JOY BORDEN**
    **Plaintiff,**

  v.                                                  Case No. 13-C-158

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

    Plaintiff Angela Borden filed this action for judicial review of the denial of her application for social security disability benefits. The court issued a briefing schedule, pursuant to which plaintiff was to have filed her brief by May 20, 2013. Plaintiff failed to file a brief, and the Acting Commissioner moved to dismiss. I denied the motion to dismiss, allowing plaintiff until July 11, 2013 to file a brief, but warning plaintiff that if she failed to comply the action would be dismissed with prejudice, pursuant to Civil Local Rule 41(c) (E.D. Wis.) and Fed. R. Civ. P. 41(b). Plaintiff has failed to file a brief, as ordered. While dismissal is a harsh sanction, it is appropriate when a litigant misses multiple deadlines, violates court orders, and has been warned of the consequences. See McInnis v. Duncan, 697 F.3d 661 (7th Cir. 2012).

    **THEREFORE, IT IS ORDERED** that this action is **DISMISSED** with prejudice.

    Dated at Milwaukee, Wisconsin this 2nd day of August, 2013.

                                                      /s Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge

## CIVIL L.R. 41(c)

## DISMISSAL FOR LACK OF DILIGENCE

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.